IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

| | | |
|---|---|---|
| Verséa Holdings, Inc., | ) | CASE NO. _____ |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **NOTICE OF REMOVAL** |
| | ) | **AND DESIGNATION** |
| GS Labs and Gabe Sullivan, | ) | **OF TRIAL** |
| | ) | |
| Defendants. | ) | |

Pursuant to 28 U.S.C. § 1441, Defendants GS Labs and Gabe Sullivan ("Defendants"), remove this action from the Circuit Court of the Thirteenth Judicial Circuit in and for Hillsborough County, Florida, to the United States District Court for the Middle District of Florida. The United States District Court for the Middle District of Florida embraces the Circuit Court of the Thirteenth Judicial Circuit in and for Hillsborough County, Florida. In support of this Notice, Defendants contend as follows:

## FACTUAL BACKGROUND

1. On October 5, 2022, Plaintiff Verséa Holdings, Inc. ("Verséa") filed its Amended Complaint against Defendants in the Circuit Court of the Thirteenth Judicial Circuit in and for Hillsborough County, Florida. Defendants received a copy of the Summons and

1

Amended Complaint on October 11, 2022 (attached hereto as **Exhibit A**). The Amended Complaint is the first pleading Plaintiff has served upon Defendants in this action.

2. Other than the Summons and Amended Complaint, Plaintiff has not served or attempted to serve Defendants with any further pleadings in this matter.

3. Defendants have not filed an answer or otherwise responded to Plaintiff's Amended Complaint.

4. Defendants are filing this Notice of Removal within thirty (30) days of their receipt of Plaintiff's Amended Complaint. It is thus timely filed pursuant to 28 U.S.C. § 1446(b).

5. Defendants will file this Notice of Removal with the Circuit Court of the Thirteenth Judicial Circuit in and for Hillsborough County, Florida (attached hereto as **Exhibit B**).

6. Defendants have provided Plaintiff with written notice of this filing as well as copies of this Notice and all exhibits attached hereto, as required by 28 U.S.C. § 1446(d). The proof of service of this Notice of Filing Notice of Removal will be filed with this Court.

7. Because this action is pending in the Circuit Court of the Thirteenth Judicial Circuit in and for Hillsborough County, Florida, venue for the purposes of removal is proper in this Court pursuant to 28 U.S.C. § 1441(a).

8. Defendants have attached a complete copy of the filings to date in this lawsuit in the Thirteenth Judicial Circuit in and for Hillsborough County, Florida (attached hereto as **Exhibit C**).

## DIVERSITY JURISDICTION

9. Defendants seek to remove this action based upon diversity of citizenship pursuant to 28 U.S.C. § 1441(b) and 28 U.S.C. § 1332(a).

10. As alleged in Plaintiff's Amended Complaint, Plaintiff Verséa is a Florida corporation with its principal place of business at 1008 N. Florida Ave, Tampa, Florida 33602. (Amended Complaint, ¶ 1).

11. Plaintiff alleges that Defendant GS Labs is a Nebraska company with its principal place of business in Omaha, Nebraska. (Amended Complaint, ¶ 3).

12. Plaintiff alleges Defendant Gabe Sullivan is a resident of Las Vegas, Nevada. (Amended Complaint, ¶ 5). Mr. Sullivan, however, is actually a resident of Omaha, Nebraska.

13. As alleged in Plaintiff's Amended Complaint, the amount in controversy exceeds $500,000. (Amended Complaint, ¶ 10).

14. Pursuant to 28 U.S.C. § 1332(a), the amount in controversy exceeds $75,000 and the action is between citizens of different states. Accordingly, on its face, the Amended Complaint establishes federal diversity jurisdiction and removal is proper.

## NON-WAIVER OF DEFENSE

15. By this Notice of Removal, Defendants do not waive any objections to defects in process or service of process, jurisdiction, venue, or any other defense.

16. By this Notice of Removal, Defendants do not admit any of the allegations in Plaintiff's Amended Complaint.

## CONCLUSION

17. Because there is diversity of citizenship between the parties and the amount in controversy is met, this Court has diversity jurisdiction over this action pursuant to 28 U.S.C. § 1332(a). Accordingly, this action is removable to this Court pursuant to 28 U.S.C. § 1441(b).

18. Defendants hereby state this action is properly removable, respectfully request this action now pending before the Circuit Court of the Thirteenth Judicial Circuit in and for Hillsborough County, Florida, be removed to this Court, and designate Tampa, Florida, as the place of trial.

Dated this 28th day of October, 2022.

        GS Labs and Gabe Sullivan, Defendants

By: */s/ Allison S. Freeman*
Allison S. Freeman, Esquire
Florida Bar No. 69539
Constable Law, P.A.
139 6th Avenue South
Safety Harbor, FL 34695
(727) 797-0100
allison@constable-law.com

Pending admission *pro hac vice*

Jordan W. Adam, NE Bar #23723
Sarah M. Dempsey, NE Bar #25107
FRASER STRYKER PC LLO
500 Energy Plaza
409 South 17th Street
Omaha, NE 68102-2663
(402) 341-6000
jadam@fraserstryker.com
sdempsey@fraserstryker.com

ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing Notice of Removal and Designation of Trial was served by electronic mail on this 28th day of October, 2022, upon the following:

Joshua P. Cittadino
Sanvenero & Cittadino
228 Maple Avenue
Red Bank, New Jersey 07701
jcittadino@thesclawoffice.com

*/s/ Allison S. Freeman*

2905756